AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

| William Joseph Graham | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Civil Action No. 3:10CV671 |
| Capio Partners, LLC | ) | |
| Defendant | ) | |

### Summons in a Civil Action

FILE COPY

To: *(Defendant's name and address)*

Capio Partners, LLC
c/o CT Corporation System, Registered Agent
350 N. St. Paul St., Suite 2900
Dallas, TX 75201

A lawsuit has been filed against you.

    Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo, Clerk**

_____
Name of clerk of court

Date: __9-22-10__

_____
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*