AO 440 (Rev. 04/08) Civil Summons

# UNITED STATES DISTRICT COURT
for the

Eastern District of Virginia

JAN 2 5 2011

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

| William Joseph Graham | ) |
|---|---|
| Plaintiff | ) |
| v. | ) Civil Action No. 3:10CV671 |
| Capio Partners, LLC | ) |
| Defendant | ) |

### Summons in a Civil Action

To: *(Defendant's name and address)*

Capio Partners, LLC
c/o CT Corporation System, Registered Agent
350 N. St. Paul St., Suite 2900
Dallas, TX 75201

A lawsuit has been filed against you.

Within __21__ days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff's attorney, whose name and address are:

Dale W. Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W. Tabb Street
Petersburg, VA 23803

If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**Fernando Galindo, Clerk**
Name of clerk of court

Date: 9-22-10

*Kana S. Young*
Deputy clerk's signature

*(Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States allowed 60 days by Rule 12(a)(3).)*

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILLIAM JOSEPH GRAHAM,
Plaintiff,

v.  Civil Action No. 3:10cv671

CAPIO PARTNERS, LLC,
Defendant.

## PROOF OF SERVICE

Service on:
Mitchell D. Bluhm, Esquire
Law Office of Mitchell D. Bluhm
& Associates, LLC
2250 Satellite Boulevard, # 210
Duluth, GA 30097-4906

Attorney Name:
Dale W. Pittman
The Law Office of Dale W. Pittman, PC
112-A W. Tabb Street
Petersburg, VA 23803

STATE OF GEORGIA, TO-WIT:
COUNTY/CITY OF __Fulton__

I, Mitchell D. Bluhm, Counsel for Defendant Capio Partners, LLC in the above-styled matter now pending in the United States District Court for the Eastern District of Virginia, Richmond Division, do hereby accept service of process, consisting of a copy of the Complaint attached hereto, on this __14th__ day of January, 2011.

_____
Mitchell D. Bluhm
Counsel for Capio Partners, LLC

Subscribed and sworn to before the undersigned:

_____
Notary Public (Seal of Out of State)
Notary Registration No.: _____
My commission expires: __9-3-2012__