UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| WILLIAM JOSEPH GRAHAM, </br></br> Plaintiff </br></br> v. </br></br> CAPIO PARTNERS, LLC </br></br> Defendant. | ) </br> ) </br> ) </br> ) </br> ) </br> ) Case No.: 3:10-cv-00671-REP </br> ) </br> ) </br> ) |

## RULE 7.1 CORPORATE DISCLOSURE STATEMENT

NOW INTO COURT, through undersigned counsel, comes defendant, Capio Partners, LLC, (hereinafter "CAPIO"), which, pursuant to 7.1(a) and (b) of the Federal Rules of Civil Procedure, hereby submits its Corporate Disclosure Statement and states as follows:

1. Fed. R. Civ. P. 7.1(a) provides: "A nongovernmental corporate party to an action or proceeding in a district court must file two copies of a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation."

2. Capio Partners, LLC, a Texas Corporation, is wholly owned by Capio Management, LLC, a Nevada corporation, a wholly owned subsidiary of Capio Asset Servicing, LLC, also a Nevada corporation. There is no publicly held corporation that owns 10% or more of its stock.

CAPIO PARTNERS, LLC

By: _____"/s/"_____
William D. Bayliss

William D. Bayliss, Esquire (VSB No. 13741)
bbayliss@williamsmullen.com
Brendan D. O'Toole, Esq. (VSB #71329)
botoole@williamsmullen.com
Williams, Mullen, Clark & Dobbins, P.C.
200 South 10th Street
Richmond, VA 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
*Counsel for Capio Partners, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of February, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Plaintiff
William Joseph Graham represented by Dale Wood Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
(804) 861-6000
Fax: (804) 861-3368
Email: dale@pittmanlawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

_____"/s/"_____
William D. Bayliss

William D. Bayliss, Esquire (VSB No. 13741)
bbayliss@williamsmullen.com
Brendan D. O'Toole, Esq. (VSB #71329)
botoole@williamsmullen.com
Williams, Mullen, Clark & Dobbins, P.C.
200 South 10th Street
Richmond, VA 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
*Counsel for Capio Partners, LLC*

13705122_1.DOC