UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

| | |
|---|---|
| WILLIAM JOSEPH GRAHAM, | ) |
| Plaintiff | ) ) ) |
| v. | ) ) Case No.: 3:10-cv-00671-REP |
| CAPIO PARTNERS, LLC | ) ) |
| Defendant. | ) ) |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Brendan D. O'Toole of the law firm Williams Mullen hereby notes his appearance as counsel for defendant Capio Partners, LLC.

CAPIO PARTNERS, LLC

By: _____"/s/"_____
Brendan D. O'Toole

William D. Bayliss, Esquire (VSB No. 13741)
bbayliss@williamsmullen.com
Brendan D. O'Toole, Esq. (VSB #71329)
botoole@williamsmullen.com
Williams, Mullen, Clark & Dobbins, P.C.
200 South 10th Street
Richmond, VA 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
*Counsel for Capio Partners, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th day of February, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

Plaintiff
William Joseph Graham represented by Dale Wood Pittman
The Law Office of Dale W. Pittman, P.C.
112-A W Tabb St
Petersburg, VA 23803-3212
(804) 861-6000
Fax: (804) 861-3368
Email: dale@pittmanlawoffice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

                                             "/s/"
                                    Brendan D. O'Toole

William D. Bayliss, Esquire (VSB No. 13741)
bbayliss@williamsmullen.com
Brendan D. O'Toole, Esq. (VSB #71329)
botoole@williamsmullen.com
Williams, Mullen, Clark & Dobbins, P.C.
200 South 10th Street
Richmond, VA 23219
Telephone: (804) 420-6000
Facsimile: (804) 420-6507
*Counsel for Capio Partners, LLC*

13755218_1.DOC