IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA



APPLICATION TO QUALIFY AS A FOREIGN ATTORNEY
UNDER LOCAL CIVIL RULE 83.1(D) AND LOCAL CRIMINAL RULE 57.4

In Case Number: 10-cv-671,    Case Name: Graham, William Joseph v. Capio Partners, LLC
Party Represented by Applicant:  Capio Partners, LLC

To:  The Honorable Judges of the United States District Court for the Eastern District of Virginia

## PERSONAL STATEMENT

FULL NAME (no initials, please) Allison Liebman Cannizaro
Bar Identification Number: 29951    State: Louisiana
Firm Name: Sessions, Fishman, Nathan & Israel, LLC
Firm Phone # 504-828-3700;  Direct Dial # 504-846-7926;  FAX # 504-828-3737
E-Mail Address: acannizaro@sessions-law.biz
Office Mailing Address: 3850 N. Causeway Blvd.; Metairie, LA 70002-7227

Name(s) of federal court(s) in which I have been admitted: Louisiana Supreme Court; USDC Eastern, Middle & Western Districts of Louisiana; USDC Eastern District of Wisconsin.

I certify that the rules of the federal court in the district in which I maintain my office extend a similar *pro hac vice* admission privilege to members of the bar of the Eastern District of Virginia.

I have not been reprimanded in any court nor has there been any action in any court pertaining to my conduct or fitness as a member of the bar.

I hereby certify that, within ninety (90) days before the submission of this application, I have read the Local Rules of this Court and that my knowledge of the Federal Rules of Civil Procedure, the Federal Rules of Criminal Procedure, and the Federal Rules of Evidence is current.

I am ____ am not XX a full-time employee of the United States of America, and if so, request exemption from the admission fee.

(Applicant's Signature)

I, the undersigned, do certify that I am a member of the bar of this Court, not related to the applicant; that I know the applicant personally, that the said applicant possesses all of the qualifications required for admission to the bar of this Court; that I have examined the applicant's personal statement. I affirm that his/her personal and professional character and standing are good, and petition the court to admit the applicant *pro hac vice*.

(Signature)    (Date)

WILLIAM D. BAYLISS    13741
                      VA Bar Number

Court Use Only:

Clerk's Fee Paid ✓ _____ or Exemption Granted _____

The motion for admission is GRANTED   X    or DENIED

/s/ REP                                February 15, 2011
(Judge's Signature)                    (Date)

Robert E. Payne
Senior United States District Judge

# United States of America

# State of Louisiana

# Supreme Court of the State of Louisiana

I, JOHN TARLTON OLIVIER, Clerk of the Supreme Court of the State of Louisiana, do hereby certify that

*ALLISON LIEBMAN CANNIZARO, ESQ., #29951*

was duly admitted and licensed to practice as an attorney and counselor at law in this Court and the several courts of the State of Louisiana, on the 28th Day of October, 2005 A.D.; and is currently in good standing, and sufficiently qualified to perform the duties of an attorney and counselor at law.

IN WITNESS WHEREOF, I hereunto sign my name and affix the seal of this Court, at the City of New Orleans, this the 10th Day of January, 2011, A.D.

Clerk of Court
Supreme Court of Louisiana