IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

**WILLIAM JOSEPH GRAHAM,**

      **Plaintiff**

v.                                        Civil Action No: 3:10cv671

**CAPIO PARTNERS, LLC.,**

      **Defendant.**

## NOTICE OF APPEARANCE

Leonard A. Bennett, Esq., of Consumer Litigation Associates, P.C., 12515 Warwick Blvd., Suite 100, Newport News, VA 23606 hereby notes his appearance as counsel in this case on behalf of the Plaintiff.

Please copy him with all matters in this case.

                                        **WILLIAM JOSEPH GRAHAM**

                                        _____/s/_____
                                        Leonard A. Bennett, Esq.
                                        VSB #37523
                                        Attorney for Plaintiff
                                        CONSUMER LITIGATION
                                        ASSOCIATES, P.C.
                                        12515 Warwick Boulevard, Suite 100
                                        Newport News, Virginia 23606
                                        (757) 930-3660 - Telephone
                                        (757) 930-3662 – Facsimile
                                        lenbennett@cox.net

## **CERTIFICATE OF SERVICE**

      I hereby certify that on this 1st day of March, 2011, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

William Delaney Bayliss
Williams Mullen (Richmond)
200 South 10th Street
16th Floor
Richmond, VA 23219
Email: bbayliss@williamsmullen.com

Allison Liebman Cannizaro
Sessions Fishman Nathan & Israel LLC
3850 N Causeway Blvd
Lakeway Two Suite 200
Metairie, LA 70002
Email: acannizaro@sessions-law.biz

Brendan David O'Toole
Williams Mullen (Richmond)
200 South 10th Street
16th Floor
Richmond, VA 23219
Email: botoole@williamsmullen.com

                                             /s/
                               Leonard A. Bennett, Esq.
                               VSB #37523
                               Attorney for Plaintiff
                               CONSUMER LITIGATION ASSOCIATES, P.C.
                               12515 Warwick Boulevard, Suite 100
                               Newport News, Virginia 23606
                               (757) 930-3660 - Telephone
                               (757) 930-3662 – Facsimile
                               lenbennett@cox.net