IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Richmond Division

WILLIAM JOSEPH GRAHAM,

    Plaintiff,

v.                                                                    Civil Action No. 3:10cv671

CAPIO PARTNERS, LLC,

    Defendant.

## ORDER

Before the Court is Plaintiff William Joseph Graham's Motion for Leave to File First Amended Complaint ("Motion for Leave to Amend"). (Docket No. 17.) In support of his motion, Graham has attached his proposed First Amended Complaint. (Mot. Leave Amend Ex. A.) Graham advises, and Defendant Capio Partners, LLC ("Capio") has confirmed, that Capio does not oppose the motion.

Because "[t]he court should freely give leave when justice so requires," Fed. R. Civ. P. 15(a)(2), the Court GRANTS Graham's motion. (Docket No. 17.) The Court DIRECTS Graham to file Exhibit A to the Motion for Leave to Amend as his First Amended Complaint. The Court ORDERS Capio to file its response within fourteen (14) days from the filing of the First Amended Complaint.

Let the Clerk of Court send a copy of this Order to all counsel of record.

It is so ORDERED.

                                                           /s/
                                                 M. Hannah Lauck
                                            United States Magistrate Judge

Richmond, Virginia
Date: 3-30-11